IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-CV-24251-PCH

EDDIE I. SIERRA,

    Plaintiff,

v.

AMERICAN HONDA MOTOR COMPANY, INC.,

    Defendant.
_____/



CLOSED CIVIL CASE

## ORDER DISMISSING WITHOUT PREJUDICE

    The matter before the Court is sua sponte. For the following reasons, Plaintiff Eddie I. Sierra's complaint is dismissed without prejudice.

    Plaintiff Sierra filed his complaint on October 16, 2020, and sued Defendant American Honda Motor Company, Inc. ("Defendant American Honda"). [ECF No. 1]. Before June 2021, Defendant American Honda had not been served. On June 23, 2021, the Court ordered Plaintiff Sierra to show "good cause for the failure" to serve Defendant American Honda, else the Court would dismiss his complaint without prejudice. [ECF No. 10] (citing Fed. R. Civ. P. 4(m)). The Court gave Plaintiff Sierra until July 2, 2021, to show good cause. Plaintiff Sierra has not responded to the Court's order. Therefore, the Court dismisses Plaintiff Sierra's complaint without prejudice. Accordingly, it is

    **ORDERED** that Plaintiff Eddie I. Sierra's complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court **SHALL** close this case. Any pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Chambers, Miami, Florida, on July 19, 2021.

_____
PAUL HUCK
UNITED STATES DISTRICT JUDGE

cc: All counsel of record